Michael D. Adams (State Bar No. 185835)
madams@rutan.com
Meredith L. Williams (State Bar No. 292888)
mwilliams@rutan.com
18575 Jamboree Road, 9th Floor
Irvine, CA  92612
Telephone:  714-641-5100
Facsimile:  714-546-9035

Attorneys for Defendant
BLUEFLY.COM LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CHI MODU, through trustee SOPHIA MODU,<br><br>Plaintiff,<br><br>v.<br><br>MATCHES FASHION LIMITED, a London Corporation, doing business as "MATCHESFASHION"; ASHWORTH AND PARKER LIMITED, a United Kingdom Limited Entity, individually, and doing business as "END CLOTHING"; ATALLAH GROUP US INC., a Delaware Corporation doing business as "SSENSE"; FARFETCH UK LIMITED, a United Kingdom Limited Company, individually, and doing business as "FARFETCH.COM"; MODESENS, INC., a Texas Corporation; BLUEFLY.COM LLC, a Florida Limited Liability Company; SAKKAL DESIGN AND BRANDING CO., a New Jersey Corporation, individually and doing business as "SHOP375"; TWENTYFOURSEVEN, SRL, an Italian Company; 247 PACIFIC, INC., a U.S. Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 2-22-cv-05621-SVW-MAA<br><br>Judge:  Hon. Stephen Victor Wilson<br>Ctrm.:   10A<br><br>**STIPULATION TO EXTEND DEFENDANT BLUEFLY.COM LLC'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY NO MORE THAN 30 DAYS (L.R. 8-3)** |

Rutan & Tucker, LLP
attorneys at law

2835/036813-0001
18267768.1 a09/14/22

-1-

STIPULATION TO EXTEND BLUEFLY.COM
LLC'S TIME TO RESPOND TO FAC

Pursuant to Local Rule 8-3, Plaintiff The Estate of Chi Modu, through trustee Sophia Modu ("Plaintiff") and Defendant Bluefly.com LLC ("Defendant Bluefly.com") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed the initial complaint in the above-referenced action on August 9, 2022, but did not serve it on Defendant Bluefly.com;

WHEREAS, Plaintiff filed the First Amended Complaint ("FAC") in the above-referenced action on August 10, 2022, and served Defendant Bluefly.com with that FAC on August 24, 2022;

WHEREAS, Defendant's initial deadline to answer or otherwise respond to the FAC is currently September 14, 2022;

WHEREAS, the Parties have agreed to extend the deadline for Defendant Bluefly.com to respond to the complaint in this action by no more than thirty days;

WHEREAS, October 14, 2022 is thirty days from Defendant's initial deadline to respond to the FAC in this action;

WHEREAS, no previous extension of time has been requested;

NOW, THEREFORE, IT IS HEREBY STIPULATED that Defendant Bluefly.com's time to answer or otherwise respond to the Complaint shall be extended to October 14, 2022.

IT IS SO STIPULATED.

Dated: September 14, 2022           RUTAN & TUCKER, LLP

                                    By:   */s/ Meredith L. Williams*
                                         Meredith L. Williams
                                         Attorneys for Defendant
                                         BLUEFLY.COM LLC

| | |
|---|---|
| Dated: September 14, 2022 | DONIGER / BURROUGHS |
| | By: ___*/s/ Scott Alan Burroughs*___<br>Scott Alan Burroughs<br>Attorneys for Plaintiff<br>THE ESTATE OF CHI MODU, through trustee SOPHIA MODU |

Rutan & Tucker, LLP
attorneys at law

**Attestation Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i)**

I, Meredith L. Williams, am the ECF User who is filing this **STIPULATION TO EXTEND DEFENDANT BLUEFLY, LLC'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY NO MORE THAN 30 DAYS (L.R. 8-3)**. I hereby attest that all other signatories listed, and on whose behalf the filings are being submitted, concur in the content of such filings and have authorized the filing of such documents. I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Dated: September 14, 2022

RUTAN & TUCKER, LLP

By: _/s/ Meredith L. Williams_
Meredith L. Williams
Attorneys for Defendant
BLUEFLY.COM LLC