UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-05621-SVW-MAA | Date | December 19, 2022 |
|---|---|---|---|
| Title | The Estate of Chi Modu v. Matches Fashion Limited et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:**  IN CHAMBERS ORDER DISMISSING ACTION

The Court, on November 18, 2022, issued an order to show cause why this action should not be dismissed for lack of prosecution.

Plaintiff was ordered to respond no later than November 25, 2022.

To date, plaintiff has failed to respond

The Court orders the case dismissed.

| | : |
|---|---|
| Initials of Preparer | PMC |